IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>JOSE VALENCIA,<br><br>　　　　Defendant. | Case No. 1:18-po-00424-SAB<br><br>ORDER GRANTING JOINT MOTION FOR WITHDRAWAL OF GUILTY PLEA AND DISMISSAL PROBATION REVIEW HEARING<br><br>(ECF No. 12) |

On June 27, 2019, the parties entered into plea agreement pursuant to Rule 11(c)(1)(B) of the Federal Rules of Criminal Procedure. (ECF No. 11.) Pursuant to the diversionary plea agreement, Defendant Jose Valencia was to perform the following:

　　1) attend a Narcotics Anonymous meeting once per week;

　　2) attend a session provided by All Dads Matter twice a month;

　　3) complete 100 hours of community service; and

　　4) continue to obey all laws.

In exchange for the defendant's performance of all conditions, the United States agreed to move the Court to allow the defendant to withdraw his guilty plea as and to dismiss the citation with prejudice. On this same date, Defendant pled guilty to the sole count charged in Citation 6599941, Possession of a Controlled Substance on a National Wildlife Refuge, in violation of 50 C.F.R. § 27.82(b)(2).

On June 10, 2020, a joint motion for withdrawal of guilty plea and dismissal of probation review hearing was filed. The parties contend that Defendant has abided by all the conditions set

forth in the plea agreement and move to withdraw Defendant's guilty plea.

The Court having read the joint motion, having reviewed and considered the conditions upon which the defendant entered his guilty plea and finding that Defendant has complied with the terms of the plea agreement, finds that fair and just reasons exist to vacate Defendant's guilty plea entered on June 27, 2019, and dismiss the case against him.

Accordingly, IT IS HEREBY ORDERED that:

1. The joint motion for withdrawal of guilty plea and dismissal of probation review hearing (ECF No. 12) is GRANTED;
2. The sentencing hearing set for June 18, 2020 is VACATED; and
3. Defendant's plea of guilty is VACATED and the charges in this case, as reflected in the information filed December 18, 2018 (ECF No. 1), are DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

Dated:   **June 11, 2020**

UNITED STATES MAGISTRATE JUDGE